IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

YUN MIAO,

      Appellant,

 v.

Case No. 5D22-164
LT Case No. 2019-CC-042661

JENNIFER LAIRD AND FERNANDO LOPEZ,

      Appellees.

_____/

Decision filed February 14, 2023

Appeal from the County Court
for Brevard County,
Kelly Ingram, Judge.

Aaron Thalwitze and Kaelyn Barbour, of Gordon & Thalwitzer, Cocoa Beach, and Thomas Lee Hunker and Normarie Rodriguez-Perez, of Hunker Appeals, Fort Lauderdale, for Appellant.

Blake Stewart, of Stewart Law CS, LLC, Rockledge, and Claudia T. Pastorius, of Claudia T. Pastorius, P.A., Melbourne, for Appellees.

PER CURIAM.

      AFFIRMED.

LAMBERT, C.J., MAKAR and HARRIS, JJ., concur.